UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| Hope Halleen and Donna Maner, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   -against-<br><br>Belk, Inc.,<br><br>                Defendant. | CIVIL ACTION NO.<br><br>4:16-CV-00055 |

## NOTICE OF FILING CONSENTS OF OPT-IN PLAINTIFFS

Plaintiffs, by and through the undersigned counsel, hereby give notice of filing the attached written Consents to Join of the following Opt-in Plaintiffs:

1. LINDSAY PEARS – Birmingham, Alabama;

2. DARIO DAVIS - Mobile, Alabama and Spanish Fort, Alabama;

3. MACK PACKER – Hendersonville, North Carolina;

Dated: February 18, 2016
Boca Raton, Florida

Respectfully submitted,

**s/ Alan L. Quiles**
Alan L. Quiles, Esq.
SBN: 24075418
E-Mail: aquiles@shavitzlaw.com
Gregg I. Shavitz, Esq. (admitted *pro hac vice*)
E-mail: gshavitz@shavitzlaw.com
Paolo C. Meireles, Esq. (admitted *pro hac vice*)
E-mail: pmeireles@shavitzlaw.com
**SHAVITZ LAW GROUP, P.A.**
1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831

Marc S. Hepworth, Esq. (admitted *pro hac vice*)
E-mail: mhepworth@hgrlawyers.com

Charles Gershbaum, Esq. (admitted *pro hac vice*)
E-mail: cgershbaum@hgrlawyers.com
David A. Roth, Esq. (admitted *pro hac vice*)
E-mail: david.roth@rothandrothlaw.com
Rebecca S. Predovan, Esq. (admitted *pro hac vice*)
E-mail: rpredovan@hgrlawyers.com
**HEPWORTH, GERSHBAUM & ROTH, PLLC**
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801

*Counsel for Plaintiffs and the Collective*

## CONSENT TO JOIN FORM

1. I consent to be a party plaintiff in a lawsuit against Defendant(s), __Belk_____, and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. I hereby designate the Shavitz Law Group, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3. I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

DocuSigned by:
*Lindsay Pears*
Signature

Lindsay Pears
Print Name

**CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in a collective and class action, to contest the alleged failure of Defendant Belk, Inc., and/or its parent, subsidiary, predecessor, successor, affiliated, and related companies (collectively "Belk") to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct.  I hereby designate Plaintiff's counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.  I also consent to join any separate or subsequent action or arbitration proceeding to assert my claim against Belk and/or other entities and/or persons potentially liable.

*Dario Davis*
Dario Davis (Jan 14, 2016)
Signature

Dario Davis
Printed Name

▮▮▮▮▮▮▮▮▮▮
Address

▮▮▮▮▮▮
City/State

▮▮▮▮
Zip Code

▮▮▮▮▮
Telephone

▮▮▮▮▮▮▮▮
Email Address

**CONSENT TO JOIN FORM**

 1. I consent to be a party plaintiff in a lawsuit against Defendant(s), <u>BELK</u>, and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

 2. I hereby designate the Shavitz Law Group, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

 3. I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

DocuSigned by:
*MACK PARKER*
00532A6EB28B40E...

Signature

MACK PARKER

Print Name