**Plaintiffs' Proposed Search Term(s)**

1. ("Carton AND Per AND Hour" or "CPH")
2. ("Critical Action List")
3. ("Process AND Truck")
4. ("RTV" or "Return AND Vendor")
5. ("Workload Planner")
6. ("Bathroom")
7. ("Clearance" or "Sale")
8. ("Cut")
9. ("Directive")
10. ("Event Set Up" or "Set Up")
11. ("Event")
12. ("Fair Labor Standards Act")
13. ("Floor Plan")
14. ("Floor Reset")
15. ("Full* AND Stock or Restock")
16. ("Job Description")
17. ("Markdown OR Redline OR Reticket")
18. ("No AND Overtime ")
19. ("Plan-o-gram" or "Planogram" or "Zone-o-gram")
20. ("Price Change*")
21. ("Reset Clearance Zone")
22. ("Reset")
23. ("STMs" OR "STM")

24. ("Store Standard*")

25. ("Truck Day")

26. ("Weekly Checklist")

27. ("Adjust")

28. ("Blackout")

29. ("Carpet")

30. ("Classificat*")

31. ("Clean*")

32. ("Cut w/3 Hours")

33. ("Director Operations Effectiveness")

34. ("Dust")

35. ("Duties")

36. ("Exempt*")

37. ("FLSA")

38. ("Gondola OR Etagere")

39. ("Halleen")

40. ("Hours")

41. ("Inclement" AND "Weather")

42. ("Integrity")

43. ("Label*")

44. ("Labor")

45. ("Lawsuit")

46. ("Markdown*")

47. ("Mop")

48. ("Non-Exempt OR Nonexempt")

49. ("Opportunity")

50. ("Overstock")

51. ("Overtime")

52. ("Pack* OR Load")

53. ("Payroll")

54. ("Planogram*")

55. ("POG*")

56. ("Recover*")

57. ("Register")

58. ("Replenish*")

59. ("Salar*")

60. ("Seasonal")

61. ("Set")

62. ("Shelf")

63. ("signage")

64. ("Standard*")

65. ("stock AND Floor")

66. ("Stock*")

67. ("Store Communication*")

68. ("Survey*")

69. ("Tasks")

70. ("Tracker")

71. ("Train*")

72. ("Trash")

73. ("Truck")

74. ("Unload*")

75. ("Urgen*")

76. ("Vacuum")

77. ("Visit*")

78. ("Walk")

79. ("Wall")

80. ("AES")

81. ("Aligning /3 actions")

82. ("Belk rewards")

83. ("*Budget")

84. ("Clock w/3 in")

85. ("Core w/3 competencies")

86. ("Department w/3 goals")

87. ("Disciplin*")

88. ("Duty")

89. ("Executive Store Management Program or ESMP")

90. ("Expect OR Expectation OR Expectations")

91. ("Faceout")

92. ("Intranet")

93. ("Inventory w/3 control")

94. ("Item w/3 locator")

95. ("Matrix")

96. ("MY Belk")

97. ("Over time")

98. ("Performance w/3 Plan or PIP")

99. ("Plans w/3 strategies")

100. ("POS")

101. ("Progressive")

102. ("Reflexis")

103. ("Responsib*")

104. ("Schedul*")

105. ("Shrink")

106. ("Task manager")

107. ("Truck")