| SEARCH TERMS | CUSTODIANS |
|---|---|
| <ul><li>Manager*</li><li>"sales team manager"</li><li>STM</li><li>Budget*</li><li>Hour*</li><li>Overtime</li><li>Exempt</li><li>"Fair Labor Standards Act"</li><li>FLSA</li><li>"Job Description"</li><li>Classification</li><li>Exempt</li><li>Salar*</li><li>Lawsuit</li><li>Halleen OR Maner</li><li>Duties</li><li>Hours</li><li>Pay*</li><li>Task*</li><li>Labor</li><li>OT</li><li>Div*</li><li>Region*</li><li>Reclass*</li><li>Visit*</li><li>Survey</li></ul> | Tracey Hernandez – Randomized 10% 2013 to the present<br><br>Mitch Barnes – randomized 10% 2013 to the present<br><br>Human Resources Department -Randomized 10% 2013 to the present |

| SEARCH TERMS | CUSTODIANS |
|---|---|
| <ul><li>Cut w/3 Hours</li><li>Overtime</li><li>Hours</li><li>Labor w/3 Budget</li><li>Payroll</li><li>Complain*</li><li>FLSA or Fair Labor Standards Act,</li><li>Hours AND STM or Sales Team Manager</li><li>Payroll AND Complain*</li><li>Schedule*</li></ul> | Rachel Rafanan July 1 2015 – December 31<br><br>The Reflexis Group<br><br>Staffing and Planning |

| SAMPLING | CUSTODIANS |
|---|---|
| A sample 6 Months consisting of January 2014, September 2015, October 2015, November 2015, March 2017 and February 2018 of documents pushed to all stores or to the divisions if applicable, capped at 1,000 documents per custodian. | Jen Churchill<br><br>Task Manager<br><br>Workbench |
| Search term protocol | CUSTODIANS |
| <ul><li>Overtime</li><li>Hours</li><li>Payroll</li><li>FLSA</li><li>Fair Labor Standards Act,</li><li>Hours</li><li>STM</li><li>Sales Team Manager</li><li>Payroll</li><li>Complain*</li><li>Schedule*</li><li>Duties</li><li>Hours</li><li>Pay*</li><li>Task*</li><li>Labor</li><li>OT</li><li>Div*</li><li>Region*</li><li>clean</li><li>truck</li><li>Budget*</li><li>Hour*</li><li>Overtime</li><li>Exempt</li><li>Planogram</li><li>Day</li><li>DAAG</li><li>Northern</li><li>Southern</li><li>Eastern</li><li>Western</li><li>Stock</li><li>Merchand*</li><li>Recover*</li></ul> | Amy Bannon period – July 1, 2014-December 31, 2014<br>Tom Harvey July 1, 2016 – December 31, 2016<br>Eric Bass January 1 -2015 -March 31 2015, and September 1 2015 - December 31 2015<br>Dave Brewer January 1, 2016 – June 30, 2016<br>Jan Clevenger July 1 2015 – December 31 2015<br>Trey Stallings January 1, 2017 – June 30, 2017<br>David Luoma – January 1, 2014 – June 30 2014<br>Mark Borio the last 6 months of employment<br>John Syler June 30, 2013 – December 31, 2013 |

| SAMPLING | CUSTODIANS |
|---|---|
| 6 Month Sample, consisting of August 2013, September 2014, October 2015, November 2016, December 2017 and January of 2018 of planograms, floor sets, ad sets, local store management plans, local events and store layouts pushed to all divisions, capped at a random 1000 documents per month | Randy Pender<br><br>Visual Merchandising Department |

| SEARCH protocol | CUSTODIANS |
|---|---|
| Hour*<br>Overtime<br>Long<br>Family<br>Work<br>Excess<br>Complain*<br>Unfair<br>Budget*<br>Labor<br>Associate*<br>Exhaust* | Excel Call line 2013 to present<br><br>Associate engagement surveys - 2013 to present |