# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| HOPE HALLEEN and DONNA MANER, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:16-CV-00055 |
| BELK, INC., | § § § | |
| Defendant. | § § | |

## DEFENDANT'S MOTION TO DISMISS OPT-IN PLAINTIFFS JOHN PARHAM CHERLE TRIVETT, TERRY ANN ROUSSE, AND CAROLYN MATTHEWS

Defendant Belk, Inc. ("Defendant" or "Belk") files this Motion to Dismiss Opt-In Plaintiffs John Parham, Cherle Trivett, Terry Ann Rousse, and Carolyn Matthews and in support of this Motion, Defendant would show the Court as follows:

1. On October 26, 2016, Plaintiffs John Parham and Carolyn Matthews each filed their Consent to Join Form in the above-referenced action.

2. On December 19, 2016, Plaintiff Terry Ann Rousse filed her Consent to Join Form in the above-referenced action.

3. On February 13, 2017, Plaintiff Cherle Trivett filed her Consent to Join Form in the above-referenced action.

4. On June 18, 2018, Plaintiffs' counsel informed Defendant that at this time John Parham, Cherle Trivett, Terry Ann Rousse, and Carolyn Matthews no longer wish to pursue their claims in this action.

**WHEREFORE,** Defendant respectfully requests that the Court grant this Motion, and dismiss Plaintiffs John Parham, Cherle Trivett, Terry Ann Rousse, and Carolyn Matthews from the action with prejudice.

Dated: June 26, 2018

                                              Respectfully submitted,

                                              */s/ James T. McBride*
                                              John B. Brown
                                              Texas Bar No. 00793412
                                              E-mail: john.brown@ogletreedeakins.com
                                              Stephanie Johnson Manning
                                              Texas Bar No. 24099422
                                              E-mail: stephanie.manning@ogletreedeakins.com
                                              James T. McBride
                                              Texas Bar No. 24098061
                                              E-mail: james.mcbride@ogletreedeakins.com

                                              **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
                                              Preston Commons West
                                              8117 Preston Road, Suite 500
                                              Dallas, TX  75225
                                              Telephone:  (214) 987-3800
                                              Facsimile:  (214) 987-3927

                                              **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

 This is to certify that on June 26, 2018, I forwarded the above document to the Plaintiffs' attorneys of record, via ECF filing system as follows:

Alan L. Quiles, Esq.
Gregg I. Shavitz, Esq.
Paolo C. Meireles, Esq.
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432

Marc S. Hepworth
Charles Gershbaum
David A. Roth
Rebecca S. Predovan
HEPWORTH, GERSHBAUM & ROTH, PLLC
192 Lexington Avenue, Suite 802
New York, New York 10016

          */s/ James T. McBride*
          James T. McBride

34541949.1