**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| HOPE HALLEEN and DONNA MANER, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:16-CV-00055 |
| BELK, INC., | § § § | |
| Defendant. | § § | |

**ORDER DISMISSING OPT-IN PLAINTIFFS JOHN PARHAM, CHERLE TRIVETT TERRY ANN ROUSSE, AND CAROLYN MATTHEWS**

Before the Court is Defendant's Motion to Dismiss Opt-In Plaintiffs John Parham, Cherle Trivett, Terry Ann Rousse, and Carolyn Matthews (Dkt. #140). After considering the Motion and other papers on file, the Court finds that the Motion should be granted.

The Court therefore ORDERS that Opt-In Plaintiffs John Parham, Cherle Trivett, Terry Ann Rousse, and Carolyn Matthews' claims are dismissed with prejudice.

IT IS SO ORDERED.

SIGNED this 1st day of August, 2018.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE