## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **Hope Halleen and Donna Maner, individually and on behalf of all other similarly situated,** | |
| **Plaintiffs,** | **Civil Action No. 4:16-cv-00055-ALM** |
| **v.** | |
| **BELK, INC.,** | |
| **Belk.** | |

## JOINT MOTION FOR
## APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT

Plaintiffs, Hope Halleen and Donna Maner, individually and on behalf of all other similarly situated ("Plaintiffs") and Defendant, Belk, Inc. ("Defendant" and collectively referred to as the "Parties"), by and through their respective attorneys, have reported to the Court that the Parties have reached a resolution of this matter. The Parties hereby move for approval of their Stipulation and Settlement Agreement (the "Settlement Agreement") and request that the Court enter their Stipulated Judgment and order the dismissal of this case with prejudice.

The facts, arguments, and legal authority in support of the parties' Motion are contained in their Joint Memorandum of Law in Support of FLSA Collective Action Settlement, which is being filed simultaneously and incorporated herein by reference. For the reasons set forth therein, the parties submit that the Stipulation and Settlement Agreement is fair and reasonable, and the Court should approve the agreement and enter the requested Stipulated Judgment and Order.

WHEREFORE, the Parties pray the Court approve the Stipulation and Settlement

Agreement as requested, and enter a Stipulated Judgment directing consummation of the Settlement Agreement and dismiss the case with prejudice.

DATED this 20th day of November, 2018.

Respectfully submitted,

By: *s/Alan L. Quiles*
     Alan L. Quiles

Marc S. Hepworth
Rebecca S. Predovan
Charles Gershbaum
David A. Roth

Hepworth Gershbaum & Roth, PLLC
192 Lexington Avenue, Suite 802
New York, NY  10016
Telephone: 212.545.1199
Facsimile: 212.532.3801
rpredovan@hgrlawyers.com
cgershbaum@hgrlawyers.com
droth@hgrlawyers.com
mhepworth@hgrlawyers.com

Gregg I. Shavitz
Logan A. Pardell
Paolo C. Meireles
Alan Luis Quiles

Shavitz Law Group, PA
1515 S. Federal Highway, Suite 404
Boca Raton, FL  33432
Telephone: 561.447.8888
Facsimile: 561.447-8831
gshavitz@shavitzlaw.com
lpardell@shavitzlaw.com
pmeireles@shavitzlaw.com
aquiles@shavitzlaw.com

***Attorneys for Plaintiffs***
***Hope Halleen and Donna Maner***

Dated: November 20, 2018

Respectfully submitted,

By: */s/ John A. Ybarra*
     John A. Ybarra

John A. Ybarra
Amy S. Ramsey
Kathleen A. Barrett
Matthew J. Ruza
*Admitted Pro Hac Vice*

Littler Mendelson, P.C.
A Professional Corporation
321 N. Clark Street, Suite 1000
Chicago, IL 60654
Tel: 312-372-5520
Fax: 312-372-7880
jybarra@littler.com
aramsey@littler.com
kabarrett@littler.com
mruza@littler.com

Kimberly R. Miers
Texas State Bar No. 24041482
Littler Mendelson, P.C.
A Professional Corporation
100 Congress Avenue, Suite 1400
Austin, Texas 78701
512.982.7250
512.982.7248 (Fax)
kmiers@littler.com

***Attorneys for Defendant Belk, Inc.***

Dated: November 20, 2018

## CERTIFICATE OF SERVICE

I, John A. Ybarra, an attorney, certify that I filed the foregoing document with the clerk of the court for the United States District Court for the Eastern District of Texas, using the electronic case filing system (ECF) of the Court, and that I caused a copy of the foregoing to be served upon the attorneys of record listed below via U.S. Mail on November 20, 2018:

Marc S. Hepworth
Rebecca S. Predovan
Charles Gershbaum
David A. Roth
HEPWORTH GERSHBAUM & ROTH, PLLC
192 Lexington Avenue, Suite 802
New York, NY 10016
Telephone: 212.545.1199
Facsimile: 212.532.3801
rpredovan@hgrlawyers.com
cgershbaum@hgrlawyers.com
droth@hgrlawyers.com
mhepworth@hgrlawyers.com

***Attorneys for Plaintiffs Hope Halleen and Donna Maner***

Gregg I. Shavitz
Logan A. Pardell
Paolo C. Meireles
Alan Luis Quiles
SHAVITZ LAW GROUP, PA
1515 S. Federal Highway, Suite 404
Boca Raton, FL 33432
Telephone: 561.447.8888
Facsimile: 561.447-8831
gshavitz@shavitzlaw.com
lpardell@shavitzlaw.com
pmeireles@shavitzlaw.com
aquiles@shavitzlaw.com

***Attorneys for Plaintiffs Hope Halleen and Donna Maner***

*/s/ John A. Ybarra*
John A. Ybarra