# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| HOPE HALLEEN, DONNA MANER, and all others similarly situated; | § § § CIVIL ACTION NO. 4:16-CV-00055-ALM |
| v. | § JUDGE MAZZANT |
| | § |
| BELK, INC. | § |

## ORDER

Pursuant to the previously docketed Memorandum Opinion and Order approving Plaintiffs Hope Halleen and Donna Maner, individually and on behalf of all others similarly situated, and Defendant Belk, Inc.'s Settlement Agreement, Notice Packet, Enhancement Awards, and request for attorneys' fees and costs, the Court finds all matters and disputes between the parties have been fully and finally compromised and settled.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE** as to all claims asserts. All relief not previously granted is hereby **DENIED**.

**IT IS SO ORDERED**.
SIGNED this 20th day of December, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE